In re:                                                                        Case No. 18-01983-RNO
Hicham Aouina                                                                  Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: CGambini         Page 1 of 1          Date Rcvd: Aug 21, 2018
                           Form ID: pdf010        Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
            ##+INTISSAR KHALED,    15 DARTMOUTH COURT,    MECHANICSBURG, PA 17055-5644
                                                                         TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
            Brian C Nicholas    on behalf of Creditor    BANK OF AMERICA, N..A. bnicholas@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Chad J. Julius    on behalf of Debtor 1 Hicham  Aouina cjulius@ljacobsonlaw.com,
             brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
            James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com
            Jerome B Blank    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pamb@fedphe.com
            Markian R Slobodian (Trustee)    PA49@ecfcbis.com
            Thomas  Song    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pamb@fedphe.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)**

| | | |
|---|---|---|
| IN RE: | : | |
| **HICHAM AOUINA** | : | **BK. No. 18-bk-01983-RNO** |
| **Debtor** | : | |
| | : | **Chapter No. 7** |
| **PENNYMAC LOAN SERVICES, LLC** | : | |
| **Movant** | : | |
| **v.** | : | |
| **HICHAM AOUINA** | : | |
| **INTISSAR KHALED (Non-filing Co-debtor)** | : | **11 U.S.C. §362** |
| **and** | : | |
| **MARKIAN R SLOBODIAN, ESQUIRE (TRUSTEE)** | : | |
| **Respondents** | : | |
| | : | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 15 DARTMOUTH COURT, MECHANICSBURG, PA 17055.**

Upon consideration of Motion of **PENNYMAC LOAN SERVICES, LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 15 DARTMOUTH COURT, MECHANICSBURG, PA 17055 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

Dated: August 21, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)