```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-01983-RNO
Hicham Aouina                                                   Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: admin              Page 1 of 1           Date Rcvd: Aug 22, 2018
                               Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
db              +Hicham Aouina,    901 Spring Garden Street,,    Lot 34,    Carlisle, PA 17015-9243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    BANK OF AMERICA, N..A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Chad J. Julius    on behalf of Debtor 1 Hicham  Aouina cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pamb@fedphe.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Thomas  Song    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Hicham Aouina,      Chapter 7

**Debtor 1**

Case No.     1:18−bk−01983−RNO

Social Security No.:     xxx−xx−5721

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Markian R Slobodian (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 21, 2018

BY THE COURT
By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)